Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−24373−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frederick Keith McNally Jr.　　　　　　　　　　　Linda Ann McNally
aka Frederick Keith McNally　　　　　　　　　　　823 Vermont Avenue
823 Vermont Avenue　　　　　　　　　　　　　　Woodbury, NJ 08096−5343
Woodbury, NJ 08096−5343

Social Security No.:
　xxx−xx−5124　　　　　　　　　　　　　　　　xxx−xx−1356

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 1, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 1, 2017
JAN: cmf

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-24373-JNP
Frederick Keith McNally, Jr.                                              Chapter 13
Linda Ann McNally
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 01, 2017
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
```
db/jdb         Frederick Keith McNally, Jr.,    Linda Ann McNally,    823 Vermont Avenue,
                Woodbury, NJ 08096-5343
516308101     +Best Buy Company, Inc.,    7601 Penn Ave South,    Richfield, MN 55423-3683
516308104     +Chase Bank,    PO Box 740933,    Dallas, TX 75374-0933
516355131     +Deptford Twp Gloucester Co.,    1011 Cooper Street,    Deptford, NJ 08096-3076
516472518     +Emerg Care Services of Nj,P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516308107      GM Card Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
516308113    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 619096,    Dallas, TX 75261-9741)
516308117      Target TD Bank,    PO Box 9547,    Portland, ME 04112-9547
516493262     +U.S. Bank National Association Trustee (See 410),    c/o Nationstar Mortgage LLC,
                PO Box 619096,    Dallas, Texas 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2017 22:42:34     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2017 22:42:29     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516308100      EDI: RMSC.COM Nov 01 2017 22:28:00      Amazon Synchrony Bank,    Attn: Bankruptcy Department,
                PO Box 965060,    Orlando, FL 32896-5060
516308102     +E-mail/Text: WFB.Bankruptcy@cabelas.com Nov 01 2017 22:43:32     Cabelas,
                World's Foremost Bank (WFB),    4800 NW 1st St # 300,    Lincoln, NE 68521-4463
516308103     +EDI: TSYS2.COM Nov 01 2017 22:28:00      Carnival MasterCard Barclay Card,
                1007 N Orange Street,    Wilmington, DE 19801-1239
516511181     +EDI: BASSASSOC.COM Nov 01 2017 22:28:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516308105      EDI: CHASE.COM Nov 01 2017 22:28:00      Chase Bank,    PO Box 15145,    Wilmington, DE 19850-5145
516417458     +E-mail/Text: dtmua-mdt@dtmua.com Nov 01 2017 22:43:00     Deptford Township MUA,
                898 Cattell Road,    Wenonah, NJ 08090-1521
516318138      EDI: FORD.COM Nov 01 2017 22:28:00      Ford Motor Credit Company LLC,    Dept  55953,
                P O Box 55000,    Detroit MI, 48255-0953
516320179      EDI: FORD.COM Nov 01 2017 22:28:00      Ford Motor Credit Company LLC,    PO Box 62180,
                Colorado Springs CO 80962-4400
516308106     +EDI: FORD.COM Nov 01 2017 22:28:00      Ford Motor Credit,    PO Box 790119,
                St Louis, MO 63179-0119
516308108     +EDI: CITICORP.COM Nov 01 2017 22:28:00      Home Depot Citibank, N.A.,
                701 East 60th Street North,    Sioux Falls, SD 57104-0432
516308109      EDI: RMSC.COM Nov 01 2017 22:28:00      JC Penney Synchrony Bank,    Bankruptcy Department,
                PO Box 965060,    Orlando, FL 32896-5060
516455621     +EDI: RESURGENT.COM Nov 01 2017 22:28:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587,    ( 29603-0587
516308110     +E-mail/Text: bk@lendingclub.com Nov 01 2017 22:43:03     Lending Club,
                71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
516308111      EDI: RMSC.COM Nov 01 2017 22:28:00      Lowes GE Capital Retail Bank,    Bankruptcy Dept,
                PO Box 960061,    Orlando, FL 32896-0661
516308112      EDI: RMSC.COM Nov 01 2017 22:28:00      Lowes SYNCB,    Bankruptcy Dept,    PO Box 960061,
                Orlando, FL 32896-0661
516431934     +EDI: MID8.COM Nov 01 2017 22:28:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516420547     +EDI: AGFINANCE.COM Nov 01 2017 22:28:00      ONEMAIN FINANCIAL,    605 MUNN ROAD,
                FT. MILL, SC 29715-8421
516308114      EDI: AGFINANCE.COM Nov 01 2017 22:28:00      OneMain Financial,    PO Box 6042,
                Sioux Falls, SD 57117-6042
516949348      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
516949349      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516515919      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,
                c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516509888      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                POB 41067,    Norfolk VA 23541
516514778      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,    c/o Sears Card,
                POB 41067,    Norfolk VA 23541
516511180      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,
                c/o Sears Charge Plus,    POB 41067,    Norfolk VA 23541
516511172      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,
                c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516512826      EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,
                c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516308115     +EDI: RMSC.COM Nov 01 2017 22:28:00      Sams Club,    Synchrony Bank,    Bankruptcy Department,
                950 Forrer Blvd,    Kettering, OH 45420-1469
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 01, 2017
                              Form ID: 148             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516308116       +EDI: SEARS.COM Nov 01 2017 22:28:00      Sears Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0432
516513734       +E-mail/Text: bncmail@w-legal.com Nov 01 2017 22:42:44      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516308118        EDI: RMSC.COM Nov 01 2017 22:28:00      Walmart Synchrony Bank,    Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
516479351       +E-mail/Text: WFB.Bankruptcy@cabelas.com Nov 01 2017 22:43:32      World's Foremost Bank,
                 Cabela's Club Visa,    PO Box 82609,    Lincoln, NE 68501-2609
                                                                                             TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516581309*     +U.S. Bank National Association, Trustee (See 410),    C/O Nationstar Mortgage LLC,
                 PO Box 619096,    Dallas, Texas 75261-9096
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE
           FOR CIM TRUST 2015-3AG MORTGAGE-BACKED NOTES, SERIES 2015-3AG dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francis   Landgrebe    on behalf of Joint Debtor Linda Ann McNally flandgrebe@verizon.net,
           r61604@notify.bestcase.com
          Francis   Landgrebe    on behalf of Debtor Frederick Keith McNally, Jr. flandgrebe@verizon.net,
           r61604@notify.bestcase.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
                                                                                              TOTAL: 5
```